# United States Court of Appeals
## For the First Circuit

_____

No. 21-1709

HENRY J.B. DICK, Ph. D.,

Plaintiff - Appellant,

v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION; KATHI BENJAMIN,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: November 8, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc D. Freiberger
Patrick Michael Curran Jr.
Laurielle Melissa Howe
Christopher Land