# United States Court of Appeals
## For the First Circuit

No. 21-1709

HENRY J.B. DICK, Ph. D.,

Plaintiff - Appellant,

v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION; KATHI BENJAMIN,

Defendants - Appellees.

**MANDATE**

Entered: November 8, 2021

In accordance with the judgment of November 8, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick Michael Curran Jr.
Marc D. Freiberger
Laurielle Melissa Howe
Christopher Land